# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TIMOTHY NESDAHL                                                                          PETITIONER
Reg. #31388-009

v.                                    2:23-cv-00212-JM-JJV

C. GARRETT, Warden,
FCC Forrest City                                                                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED.

SO ORDERED this 10th day of June, 2024.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE