# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

TIMOTHY NESDAHL                                                                                    PETITIONER
Reg. #31388-009

v.                                    2:23-cv-00212-JM-JJV

C. GARRETT, Warden,
FCC Forrest City                                                                                  RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 10th day of June, 2024.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE